ACLU v. DOJ, 13 Civ. 7347 (S.D.N.Y.)
Documents Withheld in Full by National Security Division, February 2014

| Doc. # | Date | From/To | Pages | Subject/Description | Exemption/Privilege |
|---|---|---|---|---|---|
| 1. | undated (on or about July 15, 2013) | Office of the Solicitor General (unnamed author); no recipient specified | 6 | Untitled internal Executive Branch memo regarding OSG's views on 50 U.S.C. § 1806(c) and § 1881e(a). Addresses questions regarding notice obligations under those statutes. | (b)(5): deliberative process privilege; work product; attorney-client privilege |
| 2. | undated (on or about July 16, 2013) | National Security Division (unnamed author); no recipient specified | 5 | Untitled internal Executive Branch memo regarding NSD's views on 50 U.S.C. § 1806(c) and § 1881e(a). Addresses questions regarding notice obligations under those statutes. | (b)(5): deliberative process privilege; work product; attorney-client privilege |
| 3. | July 17, 2013 | not stated | 2 | Internal Executive Branch memo titled "Summary of July 17, 2013 Meeting Concerning Interpretation of 'FISA-Derived' and Notice of Use of FISA Title VII Information in FISA Suppression Litigation." Meeting participants: Deputy Attorney General, and representatives of National Security Division, Criminal Division, Office of the Solicitor General, Office of the Attorney General, Attorney General's Advisory Committee, FBI, NSA, Office of the Director of National Intelligence. Summarizes discussions and conclusions of participants regarding notice obligations under 50 U.S.C. § 1806(c) and § 1881e(a). Summarizes issues for further consultation and consideration. Sets forth plan for finalizing DOJ's "FISA-Derived Guidance." | (b)(5): deliberative process privilege; work product; attorney-client privilege |
| 4. | July 17, 2013 | Terrorism and National Security Subcommittee, Attorney General's Advisory Committee (unnamed author), to James M. Cole, Deputy Attorney General | 6 | Internal Executive Branch memo titled "FISA-Derived Issues," regarding AGAC's views on 50 U.S.C. § 1806(c) and § 1881e(a). Addresses questions regarding notice obligations under those statutes. | (b)(5): deliberative process privilege; work product; attorney-client privilege |
| 5. | undated (on or about July 8, 2013) | National Security Division (unnamed author); no recipient specified | 9 | Untitled internal Executive Branch memo regarding legal arguments and counterarguments concerning meaning of word "derived" in FISA, setting forth various legal positions the government might take. | (b)(5): deliberative process privilege; work product; attorney-client privilege |