UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    *Plaintiffs*,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | 13 Civ. 7347 (GHW) |

NOTICE OF PLAINTIFFS' CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT

  Please take notice that upon the Memorandum of Law in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Partial Summary Judgment, dated August 22, 2014; and the Declaration of Patrick Toomey, dated August 22, 2014, and accompanying exhibits, Plaintiffs will move this Court, before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Plaintiffs partial summary judgment and denying Defendants partial summary judgment in the above-captioned case, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: August 22, 2014
   New York, New York

                Respectfully submitted,

                */s/ Patrick Toomey* _____

                Patrick Toomey (PT-1452)
                Jameel Jaffer (JJ-4653)
                Alex Abdo (AA-0527)

American Civil Liberties Union
   Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
ptoomey@aclu.org

Arthur N. Eisenberg (AE-2012)
New York Civil Liberties Union
   Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Phone: (212) 607-3300
Fax: (212) 607-3318
aeisenberg@nyclu.org

*Counsel for Plaintiffs*